No. 99–6449. CLAYTON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–6451. COULIBALY v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 99–6455. McWILLIAMS v. JONES. C. A. 11th Cir. Certiorari denied.

No. 99–6475. MOORE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6493. BURTON v. HILL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6512. JAMES v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 99–6513. BRYAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6516. ALFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6523. TEACHERSON v. OFFICE OF PATENTS AND TRADEMARKS. C. A. 11th Cir. Certiorari denied.

No. 99–6535. TISDALE v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 99–6551. SHOCKETT v. MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 99–6553. RESPER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 99–6559. LUEDTKE v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–6579. LEWIS v. GRIMMETT. C. A. 5th Cir. Certiorari denied.

No. 99–6588. CENDEJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.